AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| ALAN C. MERCHANT, M.D., | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| INNOVATIVE MEDICAL PRODUCTS, INC., et al. | ) |
| Defendant | ) |

CV 08 1875

**Summons in a Civil Action**

To:   INDIVIDUAL MEDICAL PRODUCTS, INC.
         *(Defendant's name)*

PJH

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  APR 8 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

AFFIDAVIT OF SERVICE

Alan C. Merchant, M.D.

vs.                                              CASE NO.: CV 08 1875

Innovative Medical Products,
Inc., et al
_____/


STATE OF CONNECTICUT
COUNTY OF NEW HAVEN     ss.


**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **04/22/2008** at **4:30 PM**, Deponent served the within named **Innovative Medical Products, Inc.** by delivering a true copy of the **Summons and Complaint** to **Jim Bailey, President**, a person authorized to accept service on behalf of **Innovative Medical Products, Inc.**.
Said service was effected at **87 Spring Lane, Plainville, CT 06062**.

Description:
Sex: Male − Age: 60 − Skin: White − Hair: Black − Height: 5'4" − Weight: 160
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Stuart Perlmutter
Date: 4/25/08

Sworn to and subscribed before me this
25 day of April, 2008
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 12/31/08

Client File#:    − Our File# 35014