| | |
|---|---|
| 1 | HEATHER MEWES (CSB No. 203690) |
|   |   (hmewes@fenwick.com) |
| 2 | BRYAN A. KOHM (CSB No. 233276) |
|   |   (bkohm@fenwick.com) |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-2300 |
| 5 | Facsimile:  (415) 281-1350 |
| 6 | Attorneys for Defendant |
|   | INNOVATIVE MEDICAL PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN C. MERCHANT, M.D. an individual, | Case No. 3:08-CV-01875 PJH |
| Plaintiff, | **NOTICE OF STIPULATION EXTENDING DEFENDANT INNOVATIVE MEDICAL PRODUCTS, INC.'S DEADLINE TO RESPOND TO COMPLAINT TO JULY 18, 2008** |
| v. | |
| INNOVATIVE MEDICAL PRODUCTS, INC., a Connecticut corporation and DOES 1-10, | |
| Defendant. | |

Plaintiff Alan C. Merchant filed a Complaint for Trademark Infringement (Lanham Act); Trademark Infringement (California); False Designation of Origin; Unfair Competition (Cal. B & P § 17200); Common Law Unfair Competition; Injury to Business Reputation (Cal. B & P § 14330); False Advertising (Cal. B & P § 17500) on or about April 8, 2008 against Defendant Innovative Medical Products, Inc.;

Defendant Innovative Medical Products, Inc.'s response to the Complaint, absent an extension, would be due on or before June 30, 2008;

Plaintiff agreed, by telephone conference between its counsel, E. Lynn Perry, and Defendant's counsel, Jim Frederick, to grant Defendant an extension of time to and including July 18, 2008 in which to answer, move or otherwise respond to the Complaint; and

This is the first such extension of time and not for the purposes of delay,

Through their respective attorneys of record, the parties agree as follows:

1. That Innovative Medical Products, Inc.'s time in which to answer, move or otherwise respond to Alan C. Merchant's Complaint shall be extended to and including July 18, 2008.

Dated: June 30, 2008

FENWICK & WEST LLP

By: /s/ Bryan A. Kohm
Bryan A. Kohm

ATTORNEYS FOR DEFENDANT
INNOVATIVE MEDICAL PRODUCTS, INC.