1  HEATHER MEWES (CSB No. 203690)
    (hmewes@fenwick.com)
2  BRYAN A. KOHM (CSB No. 233276)
    (bkohm@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94111
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Defendant
   INNOVATIVE MEDICAL PRODUCTS, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ALAN C. MERCHANT, M.D. an              Case No. 3:08-CV-01875 PJH
   individual,
                                          **NOTICE OF SETTLEMENT**
12              Plaintiff,

13      v.

14 INNOVATIVE MEDICAL PRODUCTS,
   INC., a Connecticut corporation and
15 DOES 1-10,

16              Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT                    -1-                    CASE NO. 3:08-CV-01875 PJH

1  Innovative Medical Products, Inc. hereby notifies the Court that the parties have reached a settlement and are working on finalizing the terms of the written agreement. Because of the settlement and because no answer has been filed, the parties are refraining from submitting a Federal Rule of Civil Procedure 26(f) report, and Innovative Medical Products, Inc. requests that the scheduled case management conference be taken off calendar. The parties will promptly notify the Court after the settlement agreement is finalized.

Dated: July 17, 2008                    FENWICK & WEST LLP

                                        By: */s/ Bryan A. Kohm*
                                            Bryan A. Kohm

                                        ATTORNEYS FOR DEFENDANT
                                        INNOVATIVE MEDICAL PRODUCTS, INC.