# PERRY IP GROUP

*A Law Corporation–Trademark & Copyright Law*

July 18, 2008

Honorable Phyllis J. Hamilton
United States District Court Judge
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 3, 17th Floor
San Francisco, CA 94102

    Re:   *Merchant v. Innovative Medical Products, Inc.*
           U.S.D.C., Northern District of California, Case No. 08-CV-01875 PJH

Dear Judge Hamilton:

    I am pleased to report that the parties have reached a settlement. We believe we can file a withdrawal of the complaint or a stipulated dismissal before the Case Management Conference, currently scheduled for next Thursday, July 24, 2008. I understand that if we are able to do so, it will not be necessary to file a stipulated motion and proposed order to extend the date for that conference.

    Thank you for your consideration.

Very truly yours,

E. Lynn Perry

ELP:lgp
cc:   Bryan A. Kohm, Esq.
       Fenwick & West
       Attorneys for Defendant