1  E. LYNN PERRY (CA BAR NO. 115165)
   PERRY IP GROUP ALC
2  4 Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone:  (415) 398-6300
   Facsimile:  (415) 398-6306
4
5  Attorneys for Plaintiff,
   Alan C. Merchant, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN C. MERCHANT, M.D., an individual, | |
| Plaintiff, | Case No.: **3:08-CV-01875 PJH** |
| v. | **DISMISSAL OF COMPLAINT** |
| INNOVATIVE MEDICAL PRODUCTS, INC., a Connecticut corporation, and DOES 1-10, | |
| Defendants. | |

ALAN C. MERCHANT, M.D., Plaintiff, having filed his Complaint in this action, and INNOVATIVE MEDICAL PRODUCTS, INC., Defendant, not having filed an answer, and the

1 | parties having settled their differences, Plaintiff hereby dismisses the Complaint without prejudice.

2

3                                       Respectfully submitted,

4 | Dated: July 23, 2008          PERRY IP GROUP ALC

5

6                                       */s/ E. Lynn Perry*

7

8                                       E. Lynn Perry
                                      Attorneys for Plaintiff

9                                       ALAN C. MERCHANT, M.D.

10

11     Upon the Complaint, and all papers and proceedings heretofore had herein, and upon the

12 preceding Dismissal of Complaint, there having been no adjudication upon the merits, it is hereby

13     ORDERED that the Complaint in this action be dismissed without prejudice, and the

14 parties shall each bear their respective fees and costs.

15

16 | Date: 7/24/08                           United States District Court

17

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

# PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Four Embarcadero Center, 39th Floor, San Francisco, California 94111.

On July 24, 2008, I served the following documents:

- **DISMISSLA OF COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Bryan A. Kohm, Esq.
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94111

__X__   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____   **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

____   **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____   **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

1    X    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3    ___    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4

5 Executed on July 24, 2008 at San Francisco, California.

6

7 _____
Linda G. Penry

8

-2-
PROOF OF SERVICE
Case No. 08-CV-01875 PJH